IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ROBERT J. ALEXANDER, III,                    No. CV-08-2417 MMC (PR)

    Petitioner,

_____/        **JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: June 26, 2008                                      Richard W. Wieking, Clerk

                                                                                          By: Tracy Lucero
                                                                                          Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROBERT J. ALEXANDER, III,<br><br>Petitioner,<br>_____ / | No. CV-08-2417 MMC (PR)<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: June 26, 2008                                       Richard W. Wieking, Clerk

                                                                             *Tracy Lucero*

                                                                             By: <u>Tracy Lucero</u><br>                                                                               <u>Deputy Clerk</u>